George S. Trevor (Bar No. 127875)
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1430
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
Email: gtrevor@pswplaw.com

Robert A. Jigarjian (Bar No. 171107)
**JIGARJIAN LAW OFFICE**
128 Tunstead Avenue
San Anselmo, CA 94960
Telephone: (415) 341-6660
Email: jigarjianlaw@gmail.com

Attorneys for Plaintiff Richard C. Hermerding, as Disbursing Agent of the Post-Effective Date Estate of Tripath Technology, Inc.

David Priebe (Bar No. 48679)
Nathaniel D. McKitterick (Bar No. 171889)
Rajiv Dharnidharka (Bar No. 234756)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: david.priebe@dlapiper.com
Email: nate.mckitterick@dlapiper.com
Email: rajiv.dharnidharka@dlapiper.com

Attorneys for Defendants

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re TRIPATH TECHNOLOGY, INC., Debtor. | Case No. 07-50358 CN<br><br>Chapter 11 |
| RICHARD C. HERMERDING, as Disbursing Agent of the Post-Effective Date Estate of Tripath Technology, Inc.,,<br><br>Plaintiff.<br>vs.<br><br>ADAYA S. TRIPATHI, A.K. ACHARYA, Y.S. FU, AKIFUMI GOTO AND ANDY JASUJA,<br><br>Defendants. | Adversary Proceeding No. 09-5004<br><br>**JOINT TELEPHONIC CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: June 7, 2011<br>Time: 2:00 p.m. |

827470.1

The parties submit this Joint Case Management Statement.

A. **Case Status**

On May 13, 2011, the Court denied defendants' Motion For Summary Judgment. Now that all pre-trial adjudicatory matters have concluded, the parties will file a Joint Motion For Determination Of Right To Jury Trial before the June 7, 2011 Case Management Conference. Since plaintiff made a demand for trial by a jury in his initial complaint as did defendants in their answer, the parties have reserved their right of a trial before a jury. As soon as the Court grants the motion, the parties will file a motion to withdraw the reference to allow trial by jury in the District Court.

B. **Discovery**

Fact and expert discovery has now concluded.

C. **Settlement Discussions**

Following the Court's summary judgment ruling, the parties have renewed settlement discussions with the office of the Honorable Daniel Weinstein (Ret.) of JAMS.

Respectfully submitted,

Dated: May 31, 2011

DLA PIPER LLP (US)

By: /s/ David Priebe
David Priebe

Attorneys for Defendants Adaya S. Tripathi, A.K. Acharya, Y.S. Fu, Akifumi Goto, and Andy Jasuja

DATED: May 31, 2011

**PEARSON, SIMON, WARSHAW & PENNY, LLP**

By: _____
GEORGE S. TREVOR
and
JIGARJIAN LAW OFFICE

Attorneys for Plaintiff Richard C. Hermerding, as Disbursing Agent of Tripath Technology, Inc.'s Post-Effective Date Estate